UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                         :

YASH KAMAT,                      :

                Plaintiff,      :

                        :          25-CV-3307 (JMF)

       -v-                :

                        :           <u>ORDER</u>

LEAGUE NETWORK, PBC et al.,      :

             Defendants.    :

                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 12, 2025, Plaintiff filed proof of service showing that all Defendants were served with the Complaint no later than May 8, 2025. *See* ECF No. 7. Defendants were thus required to answer or otherwise respond to the Complaint no later than May 29, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, no Defendant has appeared in this action. As a courtesy, the deadline for all Defendants to answer is hereby EXTENDED, *nunc pro tunc*, to **June 13, 2025**. If Defendants fail to answer by that deadline, the Court will invite Plaintiff to move for default judgment.

      Plaintiff is directed to serve a copy of this Order electronically and/or by first-class mail on Defendants and to file proof of such service by **June 6, 2025**.

      SO ORDERED.

Dated: June 4, 2025
      New York, New York                             _____
                                          JESSE M. FURMAN
                                   United States District Judge