UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
YASH KAMAT,                                                             :
:
Plaintiff,                          :       25-CV-3307 (JMF)
:
-v-                                        :       ORDER
:
LEAGUE NETWORK, PBC et al.,                                             :
:
Defendants.                         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **July 21, 2025**, Defendant Jay Whitehead filed a motion to dismiss the complaint against him under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 18. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **August 11, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant Whitehead shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that he relies on the previously filed motion to dismiss. If Defendant Whitehead files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant Whitehead files a new motion to dismiss or indicates that he relies on his previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **August 11, 2025**. Defendant Whitehead's reply, if any, shall be filed by **August 18, 2025**.

      **Finally, the upcoming initial pretrial conference scheduled for July 31, 2025, remains in effect.** Counsel are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference. The parties should indicate in their joint letter whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not (or if the Court concludes that, the parties' views notwithstanding, a conference should be held), the Court will hold the initial conference **by telephone**, albeit perhaps at a different time. To that end, counsel should indicate

in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. Unless and until the Court orders otherwise, however, the conference will proceed — and will do so on the date and time previously set.

In the event a conference is held, the parties should join it by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: July 21, 2025
New York, New York

JESSE M. FURMAN
United States District Judge

2