UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASH KAMAT,<br><br>                Plaintiff,<br><br> -against-<br>LEAGUE NETWORK, PBC, et al.,<br><br>              Defendants. | 25cv03307 (JMF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the pre-settlement conference on August 12, 2025, in order to facilitate settlement talks, Defendants League Network, PBC and Alliance Reentry Centers, PBC shall, by **September 9, 2025,** provide Plaintiff with tax returns and quarterly financial statements for the past three years. Defendant Whitehead shall, by **August 29, 2025,** send an ex parte letter to Tarnofskynysdchambers@nysd.uscourts.gov indicating whether, in order to facilitate settlement talks notwithstanding his motion to dismiss, he is amendable to providing Plaintiff with his tax returns for the prior three years and if so, when he would be able to provide those documents.

      A telephonic pre-settlement conference is scheduled for **September 12, 2025** at **10:30 AM**. The Courtroom Deputy will email counsel the conference details.

DATED:  August 13, 2025  
             New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge