UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASH KAMAT,<br><br>                     Plaintiff,<br><br>  -against-<br>LEAGUE NETWORK, PBC, et al.,<br><br>                    Defendants. | 25-cv-3307 (JMF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Defendants' counsel, which is attached as Exhibits A to this Order.

Defendants' counsel is reminded that all communications to the Court must not just copy opposing counsel but also must be filed on the docket. Counsel for both parties are reminded that only communications about scheduling settlement conferences or about the substance of the parties' settlement positions should be sent *ex parte*.

DATED: September 18, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

**From:** Michael Piston
**To:** Anne Zeng-Huang
**Subject:** Re: Kamat v. League Network PBC et al., 1:25-cv-03307-JMF
**Date:** Wednesday, September 17, 2025 5:21:19 PM

**CAUTION - EXTERNAL:**

Hello Ms. Huang:

The Defendants Alliance Reentry Centers PBC (Alliance) and League Networks PBC (League) submitted the following financial documents to Plaintiff on September 15, 2025 as part of their Rule 15 disclosure:

1. Alliance, 2 year comparison of 2021 and 2022.
2. Alliance, 2022 Form 1120.
3. Alliance, 2022 Alabama Corporate Income Tax Return Form 20C.
4. Alliance, 2023 Alabama Form CPT 2023, Alabama, Business Privilege, Tax Return and Annual Report Alliance,
5. Alliance's Alabama 2023 Schedule AL-CAR.
6. Alliance's Statement of Income and Balance Sheet for the year end of 2023.
7. The first page of Jay Whitehead's 2023 Form 1040.
8. ARC of Bessemer Men's income statement for the year ending December 31, 2023.
9. Alliance, Statement of Income for the year ending, December 31, 2023.
10. Alliance's Balance Sheet as of June 30th 2024.
11. Alliance's Interim Financial Statements as of June 30th 2024.
12. Alliance's revenue and expenses for the 6 months ended June 30th 2024
13. Alliance's Balance Sheet as of June 30, 2022.
14. Alliance's Income Statement from January 2022 to June 2022.
15. Alliance's Consolidating Income Statement for the year ending, December 31, 2021.
16. Alliance's Consolidating Balance Statement for the year ending December 31, 2021 (as reported)
17. Alliance's as of Consolidating Balance Sheet December 31, 2021, restated.
18. Alliance's Reviewed Independent Accountant Statement Report, dated December 31, 2020
19. Alliances Reviewed Independent Accountant Statement Reports dated December 31, 2019.

This, together with documents already disclosed constitute, to the best of the Defendants' knowledge, all of the financial information pertaining to the Corporate Defendants which is available at this time.As to Defendant Whitehead, the previously disclosed first page of 2023 Tax Return is all he is willing to disclose to plaintiffs at that time.

I hope that this is fully responsive to your prior inquiries reqarding the defendants' ability and/or willing to disclose financial documents to facilitate settlement discussions.

Michael E. Piston
Attorney at Law

*3747 73RD Street, Suite 214*

*Jackson Heights, NY 11372*
(646) 876-3772
Fx: 206-770-6350

No statements in this message constitute legal advice nor are evidence of an attorney-client relationship unless we have entered into a written engagement pertaining to this matter.