UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASH KAMAT, | **Civil Action No.:** |
| Plaintiff, | **1:25-cv-03307-JMF** |
| - against - | |
| LEAGUE NETWORK, PBC, a public benefit corporation, ALLIANCE REENTRY CENTERS, PBC, a public benefit corporation, and JAY WHITEHEAD, | **ORDER REGARDING AWARD OF ATTORNEYS' FEES AND COSTS** |
| Defendants. | |

This matter having come before the Court upon the submission of a Joint Letter dated March 16, 2026, by Gigio K. Ninan, Esq., counsel for Plaintiff Yash Kamat, and Gregory Zimmer, Esq., counsel for Defendants League Network, PBC, Alliance Reentry Centers, PBC, and Jay Whitehead, concerning the parties' dispute over the appropriate amount of attorneys' fees and costs to be awarded pursuant to the Court's March 9, 2026 Memo Endorsed Order (ECF No. 75); and the Court having reviewed and considered the Joint Letter, the time entries and billing calculations submitted therein, the parties' respective positions, and all pleadings, papers, and proceedings heretofore had herein, now decides the issue as follows:

**WHEREAS**, on March 9, 2026, the Court entered a Memo Endorsed Order (ECF No. 75) granting Plaintiff Yash Kamat's application for reasonable attorneys' fees and costs incurred in filing the March 4, 2026 letter motion to compel discovery (ECF No. 72);

**ORDER REGARDING AWARD OF ATTORNEYS' FEES AND COSTS**- 1

**WHEREAS**, the Court ordered Defendants League Network, PBC, Alliance Reentry Centers, PBC, and Jay Whitehead to reimburse Plaintiff for said costs and fees, and further directed the parties to confer in an effort to reach an agreement on the appropriate amount and file a joint letter by March 16, 2026; and

**WHEREAS**, the parties have filed their joint letter outlining their respective positions on the appropriate fee amount;

**IT IS HEREBY ORDERED** that Plaintiff's request for fees is GRANTED IN THE AMOUNT OF $ 3,250.00

**IT IS FURTHER ORDERED** that Defendants League Network, PBC, Alliance Reentry Centers, PBC, and Jay Whitehead shall, jointly and severally, satisfy this Fee Award by issuing a certified check or wire transfer made payable to "Shankar Ninan & Co. LLP IOLA Account" on or before 5:00 p.m. Eastern Time on March 23, 2026, and providing written confirmation of payment to Plaintiff's counsel, Gigio K. Ninan, at gio@shankarninan.com within one business day of transmittal. In the event of non-payment by the deadline, Defendants shall be liable for post-judgment interest at the applicable federal rate from the date of this Order.

**SO ORDERED:**

Date:  March 17      , 2026        The Clerk of Court is directed to terminate ECF No. 79.
      New York, New York

_____
**HON. JESSE M. FURMAN**
United States District Court Judge

**ORDER REGARDING AWARD OF ATTORNEYS' FEES AND COSTS**- 2