UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                             :

YASH KAMAT,                                  :

                  Plaintiff,           :

                                    :          25-CV-3307 (JMF)

       -v-                      :

                                    :            ORDER

LEAGUE NETWORK, PBC et al.,        :

                                    :

                Defendants.       :

                                    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- All discovery in this action is now closed.

- Plaintiff shall file any motion for summary judgment **no later than June 15, 2026.** Defendants shall file any opposition **no later than July 6, 2026.** Plaintiff shall file any reply **no later than July 13, 2026.**

- Unless and until the Court orders otherwise, Defendants may not file a second summary judgment motion. *See* ECF No. 61. Defendants may, however, seek leave to file another summary judgment motion by letter-motion **within three business days** of Plaintiff filing his summary judgment motion.

- **Within one week** of the Court's resolution of any and all summary judgment motions, the parties shall file a letter-motion proposing next steps, including with respect to any motion for fees and costs.

SO ORDERED.

Dated: May 14, 2026
      New York, New York                                   _____

                                                    JESSE M. FURMAN
                                            United States District Judge